**Order entered January 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01442-CV

### SREEDHAR GADDAM, Appellant

### V.

### DISCOVER BANK, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00971-B**

## ORDER

Before the Court is appellee's December 19, 2018 motion to refuse to consider and to return amicus brief. We **GRANT** appellee's motion to the extent that we **REFUSE** to consider the amicus brief.

/s/    ADA BROWN
         JUSTICE